Eric I. Abraham (eabraham@hillwallack.com)
Christina Saveriano (csaveriano@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08540
Telephone:     609-924-0808
Facsimile:     609-452-1888

*Attorneys for Defendant Torrent Pharma, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IRA SANDERS, JOSEPH GLENN CUMMINGS, SOLOMON ZELLER, ROSA BURTON and DAMITA OWENS, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 1:19-12745-RBK-JS ) ) |
| v. | ) ) |
| TORRENT PHARMA, INC., | ) ) |
| Defendant. | ) ) ) ) ) ) ) |

### APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)

Application is hereby made for a Clerk's Order extending time which Defendant Torrent Pharma, Inc. may answer, move or otherwise reply to the Complaint filed by Plaintiffs herein, and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on May 22, 2019; and

3. Time to Answer, Move or otherwise Reply expires on June 12, 2019.

Dated: June 11, 2019                    By: __/s/ Christina Saveriano_____
                                                    Eric I. Abraham
                                                    Christina Saveriano
                                                    Hill Wallack LLP
                                                    21 Roszel Road
                                                    Princeton, New Jersey 08040

## **ORDER**

The above application is ORDERED GRANTED extended to June 26, 2019.

ORDERED DATE _____

                                WILLIAM T. WALSH, CLERK

                                By: _____
                                        Deputy Clerk